UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 MAR 21  AM 11: 46

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVONTA A. ALEXANDER | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Possession of a Firearm by a Convicted Felon)

1.  On or about January 25, 2023, in the Southern District of Ohio, Defendant **DAVONTA A. ALEXANDER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm—namely, a Glock Model 27 Gen4, .40-caliber pistol bearing serial number TDP871—said firearm having been shipped and transported in interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

2. The allegations of this Indictment are hereby incorporated and realleged herein.

3. Upon conviction of the offense alleged in Count 1 of this Indictment, Defendant **DAVONTA A. ALEXANDER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to, a Glock Model 27 Gen4, .40-caliber pistol bearing serial number TDP871, and approximately 20 rounds of ammunition that were loaded in the pistol at the time of its seizure.

Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**PETER K. GLENN-APPLEGATE (0088708)**
**Assistant United States Attorney**